# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 3, 2014

## NO. 03-12-00279-CR

**Mark David Simmons, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.